FILED'08 NOV 04 11:43 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| GEORGE WILLIAMS, | ) | |
| | ) | Civil No. 08-623-PK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| J.E. THOMAS, Warden, FCI-Sheridan, D.O. DR. S. DAVIS, A.W. BOOTH, S.H.A. DELAHARRIS, LIEUTENANT OLSEN, LIEUTENANT CAPE, LIEUTENANT VAN CLEV, LIEUTENANT MORRIS, LIEUTENANT PAYNE, OFFICER HAVERLY, OFFICER DUNCAN, OFFICER WATTSON, CASE MANAGER PERONA, A.W. JACQUEST, PSYCHOLOGY HEAD, FCI-Sheridan, and CAPTAIN, FCI-Sheridan, | ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

HAGGERTY, District Judge.

Currently pending before the court is plaintiff's Motion for Temporary Restraining Order (#11). In this motion for injunctive relief, plaintiff alleges defendants, all employees of FCI-

1 - ORDER

Sheridan, have threatened and assaulted him; broken his property; denied him access to the courts; denied him medical care; retaliated against him: with threats to ship him out of state, with segregation, and with continued unwarranted writeups. Plaintiff indicates he fears for his safety. Motion for Temporary Restraining Order (#11), p. 3. However, on October 23, 2008, plaintiff filed a Notice of Change of Address (#18) stating he has been transferred to the Justice Center in Portland, Oregon. Accordingly, as plaintiff is no longer under defendants' control, his Motion for Temporary Restraining Order (#11) is denied as moot.

### CONCLUSION

Based on the foregoing, plaintiff's Motion for Temporary Restraining Order (#11) is DENIED as moot.

IT IS SO ORDERED.

DATED this __4__ day of November, 2008.

_____
Ancer L. Haggerty
United States District Judge

2 - ORDER